BECKIE COHEN, as Administratrix, etc., v. NEW YORK, ONTARIO AND WESTERN RAILWAY COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

In the Matter of CAROLINE A. BRUNDAGE, Deceased.— Motion granted. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

FRANCIS HUGHES, an Infant, etc., v. SUSAN LAWTON.— Motion denied, with ten dollars costs.  Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

CATHERINE F. HUGHES v. SUSAN LAWTON.— Motion denied, with ten dollars costs.  Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. IGNATZ LUFT.— Motion granted.  Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. JOSEPH LILYMELD.— Motion granted.  Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. MAX BRINKMAN.— Motion granted.  Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

In the Matter of BARNEY B. JACOBS COMPANY, INC.— Motion for stay granted pending appeal.  Order to be settled on notice.  Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

STANISLAUS NICKER, Respondent, v. JULIUS KINDERMANN & SONS, INC., Appellant.— Judgment and order affirmed, with costs.  No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

MERCHANTS AND MANUFACTURERS EXCHANGE OF NEW YORK, a Corporation, Appellant, v. CHARLES E. SPRATT, Respondent.— Order affirmed, with ten dollars costs and disbursements, with leave to plaintiff to amend complaint on payment of costs in this court and in Special Term.  No opinion.  Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

FLORENCE CARTWRIGHT, an Infant, by JAMES CARTWRIGHT, Her Guardian ad Litem, Respondent, v. GENERAL BAKING COMPANY, Appellant.— Judgment and order affirmed, with costs.  No opinion.  Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

FRANK J. CAREW, Respondent, v. NEW YORK HIPPODROME CORPORATION, Appellant.— Judgment and order affirmed, with costs.  No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

OLAF JOHNSON, Appellant, v. OTIS ELEVATOR COMPANY, Respondent.— Judgment reversed and new trial ordered, with costs to appellant to abide event, on the ground that the evidence presented questions of fact which should have been submitted to the jury.  Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.; Dowling, J., dissented.

NORA WILKINSON, Respondent, v. JOSEPHINE D. SMITH, Appellant.— Judgment and order affirmed, with costs.  No opinion.  Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

ELSIE WOERZ, an Infant, by HEINRICH WOERZ, Her Guardian ad Litem, Respondent, v. HATTIE ROSENFELD and Another, Appellants, Impleaded with Another.— Order affirmed, with costs.  No opinion.  Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

BIRD S. COLER, Commissioner of Public Charities of the City of New